1  Michael A. Deshong (State Bar No. 301041)
   mdeshong@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:  (949) 851-3939
4  Facsimile:   (949) 553-7539

5  *Attorneys for Defendant*
   *Experian Information Solutions, Inc.*
6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

| 11 | NICOLE BISSETT DEROCHEMONT, | Case No. 3:15-cv-02215-W-BGS |
|---|---|---|
| 12 | | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF NICOLE BISSETT DEROCHEMONT AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | FIRST NATIONAL BANK OF OMAHA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC, | |
| 16 | | |
| 17 | Defendants. | |

18

19      PLEASE TAKE NOTE THAT Plaintiff Nicole Bissett deRochemont

20 ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have

21 reached an agreement on all material terms required to settle all of Plaintiff's claims

22 against Experian in this pending action.

23      The parties anticipate that the performance of the terms of the settlement

24 agreement will be completed within ninety (90) days of the date this notice is filed

25 with the Court, at which time the parties shall file a Stipulation for Dismissal of the

26 claims asserted against Experian.

27

28

NAI-1500742602v1

NOTICE OF SETTLEMENT
Case No. 3:15-cv-02215-W-BGS

| | | |
|---|---|---|
| 1 | Dated:  December 30, 2015 | Respectfully submitted, |
| 2 | | JONES DAY |
| 3 | | |
| 4 | | By: */s/ Michael A. Deshong* |
| 5 | |     Michael A. Deshong |
| 6 | | Counsel for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. |
| 7 | | |
| 8 | | |
| 9 | Dated:  December 30, 2015 | Respectfully submitted, |
| 10 | | SEMNAR & HARTMAN, LLP |
| 11 | | |
| 12 | | By: */s/ Jared M. Hartman* |
| 13 | |     Jared M. Hartman |
| 14 | | Counsel for Plaintiff NICOLE BISSETT DEROCHEMONT |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

NAI-1500742602v1

- 2 -

NOTICE OF SETTLEMENT
Case No. 3:15-cv-02215-W-BGS

## CERTIFICATE OF SERVICE

I, Michael A. Deshong, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On December 30, 2015, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF NICOLE BISSETT DEROCHEMONT AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court for the Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Jared M. Hartman
Semnar & Hartman LLP
400 South Melrose, Suite 209
Vista, CA  92081
T:  (951)234-0881
F:  (888)819-8230
Email: jared@sandiegoconsumerattorneys.com
*Attorneys for Plaintiff*

Donald T. Dunning
The Dunning Law Firm
4545 Murphy Canyon Road, Suite 200
San Diego, CA  92123
T:  (858) 974-7600
F:  (858) 974-7601
Email: ddunning@dunninglaw.com
*Attorneys for First National Bank of Omaha, N.A.*

Donald E. Bradley
Musick Peeler & Garrett
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626-1925
T:  (714)668-2400
F: (714)668-2490
Email: d.bradley@mpglaw.com
*Attorneys for Trans Union, LLC*

1     Executed on December 30, 2015, at Irvine, California.

*/s/ Michael A. Deshong*
Michael A. Deshong