1 | SEMNAR & HARTMAN, LLP
Babak Semnar (SBN 224890)
2 | bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
3 | jared@sandiegoconsumerattorneys.com
400 South Melrose Drive, Suite 209
4 | Vista, CA 92081
Ph: (951) 293-4187
5 | Fax: (888) 819-8230

6 | Attorneys for Plaintiff
NICOLE BISSETT deROCHEMONT

7

## U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BISSETT deROCHEMONT an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF OMAHA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 15-cv-1885-W-WVG<br><br>**NOTICE OF SETTLEMENT AS BETWEEN PLAINTIFF AND DEFENDANT FIRST NATIONAL BANK OF OMAHA, N.A.** |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOTICE IS HEREBY GIVEN that all claims pending against Defendant First National Bank of Omaha have been resolved to the parties' satisfaction. Plaintiff respectfully requests that this Court allow thirty (30) days within which to complete the

1
**NOTICE OF SETTLEMENT - FNBO**

settlement and dismiss the case with prejudice at that time should there be no further activity from either party.

      Respectfully submitted,

DATED: 01/11/2016                   /s/ Jared M. Hartman, Esq.
                                                JARED M. HARTMAN, ESQ.
                                                Attorney for Plaintiff

**NOTICE OF SETTLEMENT - FNBO**