SEMNAR & HARTMAN, LLP
Babak Semnar (SBN 224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
jared@sandiegoconsumerattorneys.com
400 South Melrose Drive, Suite 209
Vista, CA 92081
Ph: (951) 293-4187
Fax: (888) 819-8230

Attorneys for Plaintiff
NICOLE BISSETT deROCHEMONT

# U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BISSETT deROCHEMONT an individual,<br><br>       Plaintiff,<br><br>   vs.<br><br>FIRST NATIONAL BANK OF OMAHA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>       Defendants. | Case No.: 3:15-cv-02215-W-BGS<br><br>**JOINT MOTION AND STIPULATION OF DISMISSAL OF DEFENDANT TRANS UNION, LLC** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Nicole Bissett deRochemont ("deRochemont") and Trans Union, LLC ("Trans Union") submit this Joint Stipulation of Dismissal With Prejudice.

1. deRochemont and Trans Union hereby stipulate that all claims and causes of

1
**STIPULATION OF DISMISSAL – TRANS UNION**

1  action asserted against Trans Union in this matter are dismissed with prejudice.

2     2. All costs, expenses, and attorneys' fees shall be borne by the party initially

3  incurring the same.

4        Respectfully submitted,

6  DATED: 01/11/2016                     /s/ Jared M. Hartman, Esq.
                                          JARED M. HARTMAN, ESQ.
                                          Attorney for Plaintiff

                                          /s/ Donald E. Bradley
                                          DONALD E. BRADLEY
                                          Attorney for Defendant Trans Union LLC

**STIPULATION OF DISMISSAL – TRANS UNION**