# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BISSETT deROCHMENT,<br><br>         Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF OMAHA, N.A., et al.,<br><br>         Defendants. | Case No.: 15-CV-2215 W (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT TRANS UNION, LLC [DOC. 15]** |

  Pending before the Court is a joint motion to dismiss with prejudice all "claims and causes of action" against Defendant Trans Union, LLC.  Good cause appearing, the Court **GRANTS** the joint motion [Doc. 15] and **DISMISSES** Defendant Trans Union, LLC **WITH PREJUDICE**.

  **IT IS SO ORDERED**.

Dated:  January 19, 2016

                  _____
                  Hon. Thomas J. Whelan
                  United States District Judge