# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BISSETT deROCHEMONT,<br><br>                                    Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF OMAHA,<br>N.A., et al.,<br><br>                                    Defendant. | Case No.:  15-CV-2215 W (BGS)<br><br>**ORDER GRANTING JOINT MOTIONS TO DISMISS [DOCS. 18, 19]** |

Pending before the Court is a joint motion to dismiss with prejudice Defendant Experian Information Solutions, Inc. [Doc. 18], and a joint motion to dismiss with prejudice Defendant First National Bank of Omaha, N.A. [Doc. 19].  Good cause appearing, the Court **GRANTS** the joint motions [Docs. 18 and 19] and **DISMISSES WITH PREJUDICE** Defendants, all parties to bear their own attorneys' fees and costs. Because all parties have been dismissed, the clerk shall close the district court case file.

**IT IS SO ORDERED**.

Dated:  April 18, 2016

_____
Hon. Thomas J. Whelan
United States District Judge